MIED (Rev. 5/05) Request for Clerk's Entry of Default

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LEONARD DAVID FRANKS, CITIZEN
A/K/A/ LENNY FRANKS, A/K/A D. CUTLER

Plaintiff(s),

v.

THE STATE OF ARIZONA, ET, AL
U.P.S. STORE

Defendant(s).

Case No. 2:13-cv-10088

Judge HON. LAWRENCE P. ZATKOFF

Magistrate Judge HON. MARK A. RANDON

ORIGINAL COURT
FILED
2013 MAR 28 P 12:03
U.S. DIST. COURT CLERK
EAST DIST. MICH.
DETROIT

### REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against

__U.P.S. STORE__ for failure to plead or otherwise defend.

### AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on __22-FEB-13__ at __4340 E. INDIAN SCHOOL RD STE 21 PHOENIX, AZ 85018__ by __JUDICIAL ATTORNEY SERVICES, INC.__
   [certified mail, regular mail, personal service, waiver of service]

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: __28-MAR-13__

Signature: _L D Franks_

Bar No: ~~~~

Street Address: __3965 STEPHENS__

City, State, Zip Code: __WARREN, MI 48091__

Telephone Number: __(586) 754-8338__

Primary Email Address: _____